FILED

08/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0747

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0747

_____

IN RE THE MARRIAGE OF:

SHAWN M. STUTZMAN,

      Petitioner and Appellee,

and

      O R D E R

KRIS STUTZMAN,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Kris Stutzman, to all counsel of record, and to the Honorable John Mercer, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2024